**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00345-CMA-KLM

FREGENET CAMBRELEN,

      Plaintiff,

v.

TIMOTHY GEITHNER, Secretary,
   United States Department of the Treasury,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with F.R.Civ.P. 41(A)(1)(a) and the Stipulation Of

Dismissal (Doc. # 16), signed by the attorneys for the parties hereto, it is

      ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay

its own costs and attorneys fees.

      DATED:  June 25, 2009

                    BY THE COURT:

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Court Judge